**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SORBON RAKHMATOV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-476-G** |
| | ) | |
| **SCARLET GRANT, Warden,** | ) | |
| **Cimarron Detention Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Petitioner Sorbon Rakhmatov, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on March 12, 2026. *See* Pet. (Doc. No. 1).

The record reflects that Petitioner is currently represented by attorney Harun Taskin and that Attorney Taskin maintains an office in Schaumburg, Illinois. To date, Petitioner's attorney has not shown association with local counsel. *See* LCvR 83.3.

IT IS ORDERED that, within seven (7) days of this Order, Petitioner's attorney shall show association with local counsel or seek relief from that requirement under Local Civil Rule 83.3(c).

IT IS SO ORDERED this 19th day of March, 2026.

CHARLES B. GOODWIN
United States District Judge