**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SORBON RAKHMATOV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-476-G** |
| | ) | |
| **CHRIS GANTT, Warden,** | ) | |
| **Cimarron Detention Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

A review of the U.S. Immigration and Customs Enforcement ("ICE") Online Detainee Locator System reflects that Petitioner Sorbon Rakhmatov's location does not appear through that system. *See* https://locator.ice.gov/odls/#/search (last visited Oct. 27, 2026).

IT IS THEREFORE ORDERED that Respondents shall inform the Court in writing as to Petitioner's custodial status within seven (7) days of the date of this Order.

IT IS SO ORDERED this 3rd day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge