**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SORBON RAKHMATOV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-476-G** |
| | ) | |
| **CHRIS GANTT, Warden,** | ) | |
| **Cimarron Correctional Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

Petitioner Sorbon Rakhmatov filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement. On November 10, 2026, Respondents filed a Status Report (Doc. No. 15) stating that Petitioner has been released from custody on a $1500 bond.

As it is apparent from the record that Petitioner is no longer in custody, Petitioner's habeas claims are moot, and dismissal is warranted. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

Petitioner's Motion (Doc. No. 11) is DENIED AS MOOT.

IT IS SO ORDERED this 16th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge